JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASPER ERIC LEE JONES,<br>Petitioner,<br>v.<br>CHRISTIAN PFEIFFER, Warden,<br>Respondent. | Case No. 2:19-cv-06341-JGB (KES)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice for failure to prosecute and to comply with Court orders.

DATED: October 30, 2019

_____
HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE